## AMENDMENT No. 1

### TO

### School of Law Pricing Proposal

### Between

### LIBERTY UNIVERSITY, INC.

### And

### MEDIA PARTNERS, INC.

This Amendment No. 1 is issued to the Pricing Proposal dated November 28, 2017 (hereinafter "Proposal") between Media Partners, Inc. (hereinafter "MPI"), and Liberty University, Inc. (hereinafter "Liberty"), and is hereby governed by the Master Purchasing Agreement dated March 20, 2015 (the "Agreement").

The Parties agree to amend the Proposal as follows:

1. On page 2, the monthly retainer of $1,000 per month to cover meetings and account services shall continue through December 31, 2017.
2. On page 2, the "do not exceed" creative budget number of $35,716.82 shall be increased by $30,000.
3. On page 2, the "do not exceed" budget of $192,885.06 shall be increased by $122,814.67.

The undersigned certify that they have read and accept this Amendment No. 1 to the Proposal.

| LIBERTY UNIVERSITY, INC. | MEDIA PARTNERS, INC. |
|---|---|
| By: *(signature)* | By: *(signature)* |
| Name: JENNIFER RAWLINGS | Name: NANCY P. BONO |
| Title: EXEC. DIR BUDGET & PROCUREMENT | Title: PARTNER |
| Date: 9/12/17 | Date: 09/08/17 |

EXHIBIT 3